**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alvarez, Karen | 4/11/1995 | California | Southern District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Badgwell, Jarret | 12/5/1985 | Tennessee | Middle District of Tennessee | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Benjamin, Tomika | 1/12/1979 | Georgia | Southern District of Georgia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Berman, David Wolf | 12/28/1981 | Indiana | Southern District of Indiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Boullion, Ashley | 2/18/1982 | Georgia | Northern District of Georgia | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 6. | Brown, Bryce | 4/1/1981 | Washington | Western District of Washington | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Castillo, Rachael | 11/18/1991 | Texas | Western District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Cayford, Jeremy Brian | 3/26/1990 | New Hampshire | District of New Hampshire | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Choiniere, Stephanie | 3/19/1983 | Colorado | District of Colorado | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Cline, Andrew Levi | 6/8/1984 | Indiana | Southern District of Indiana | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Davis, Gregory | 2/23/1961 | South Carolina | District of South Carolina | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Donoho, Miranda | 4/12/1991 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 13. | Echeverria, Michael I. | 7/5/1990 | Florida | Southern District of Florida | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Falkler-becherer, Kayli | 9/6/1993 | Missouri | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Feeney, Joseph | 10/5/1981 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Ferry, Adam Matthew | 10/27/1973 | Colorado | District of Colorado | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | Gillinder, Kristy Shugart | 9/18/1973 | Texas | Western District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Hanks, Randall C | 9/19/1954 | Alabama | Southern District of Alabama | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Karle, Judith Annette | 11/28/1950 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | Larsen, Julie Marie | 7/29/1964 | California | Northern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Louison, Harold | 7/7/1985 | New Jersey | District of New Jersey | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Mayfield, Sarah | 4/8/1989 | New Mexico | District of New Mexico | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Miller, Kathryn | 3/25/1958 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Minor, April | 10/12/1982 | Montana | District of Montana | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Moore, James | 2/7/1961 | Florida | Middle District of Florida | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Moore, Rhonda | 1/10/1969 | Ohio | Northern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 27. | Mountain, Samantha | 7/7/1989 | Missouri | Western District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Murray, Holly | 10/27/1985 | New York | Southern District of New York | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Nelson, Jay | 5/5/1972 | Texas | Northern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Obrien, Nicole | 9/26/1990 | New York | Eastern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Olsen, Heather | 4/25/1985 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Pakravan, Irene Constanti | 10/14/1971 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Patrick, Brandon | 8/22/1984 | Iowa | Southern District of Iowa | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Phillips, Alfred | 5/18/1955 | North Carolina | Western District of North Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Phillis, Donald | 1/3/1963 | Illinois | Northern District of Illinois | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Price, Shireen | 3/16/1973 | Illinois | Central District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Reese, James | 7/5/1991 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Renteria, Walter | 12/23/1971 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Rios, Beatrice | 10/10/1968 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Romo, Nancy | 6/2/1974 | Illinois | Northern District of Illinois | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Roper, Renee | 3/15/1968 | New York | Eastern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Rose, Victoria | 6/25/1963 | New York | Northern District of New York | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Schindehette, Brittany | 3/17/1988 | Texas | Southern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Shackelford, Belinda L | 1/7/1957 | Ohio | Southern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Sheikh, Rabia | 2/10/1995 | Michigan | Eastern District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Short, Vera | 9/12/1962 | Georgia | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Shuftan, Loni | 2/17/1983 | Illinois | Northern District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Simons, Laura | 2/21/1959 | Michigan | Eastern District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Sissac, Robert V, III | 12/28/1980 | California | Central District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Smith, Blake | 5/4/2018 | California | Central District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Stock, Elizabeth | 5/25/1989 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Strickland, Kenneth | 7/16/1971 | Alabama | Middle District of Alabama | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Sweeney, Jordan | 9/16/1984 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Tanner, Thomas | 12/6/1965 | Ohio | Southern District of Ohio | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | Taylor, Kevin | 10/8/1986 | Ohio | Northern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Thomas, Tamara | 1/18/1973 | Kansas | District of Kansas | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Thomason, Frederick H | 2/22/1946 | Indiana | Northern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Warner, John | 3/8/1978 | Tennessee | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | Waters, David | 3/3/1971 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Wight, Linda | 5/20/1953 | Kansas | District of Kansas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Winstead, Erick | 12/27/1988 | North Carolina | Middle District of North Carolina | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 62. | Yebra, Rameses | 11/24/1984 | Iowa | Southern District of Iowa | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Yzaguirre, John | 4/26/1980 | Montana | District of Montana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Zeringue, Christopher | 12/25/1956 | Louisiana | Eastern District of Louisiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |